Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Laura J. Barns [Bar No. 093485]
  *lbarns@wzllp.com*
Jason R. Bettendorf [Bar No. 217189]
  *jbettendorf@wzllp.com*
WESIERSKI & ZUREK LLP
One Corporate Park, Suite 200
Irvine, California 92606
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants
ED SHAMUILIAN and JALEH
SHAMUILIAN individually and jointly
dba ARYA MANAGEMENT

NOTE CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHA DAVIS, D.D., a minor, by and through his GUARDIAN AD LITEM, SACHA DAVIS; M.G., a minor, by and through her GUARDIAN AD LITEM, SACHA DAVIS, J.D., a minor, by and through his GUARDIAN AD LITEM, SACHA DAVIS, N.S., a minor, by and through his GUARDIAN AD LITEM, SACHA DAVIS,<br><br>            Plaintiffs,<br><br>vs.<br><br>ARYA MANAGEMENT, a business form unknown, Ed Shamuillian; an individual, Jaleh Shamullian, an individual, DOES 1-10, Inclusive,<br><br>            Defendants. | CASE NO. CV12- 348  GAF (JCGx)<br><br>**ORDER GOVERNING DISCLOSURE OF INFORMATION AND DOCUMENTS CONCERNING TENANTS AT THE SUBJECT PROPERTY** |

The parties, by and through their respective counsel of record, having submitted a stipulation governing the disclosure of "Confidential Information" and documents concerning tenants at the property located at 9151 Date Street, Fontana,

1 CA 92335 (the "Subject Property"), including information and documents
2 identifying the names and contact information of said tenants, the familial status of
3 said tenants, reason(s) for termination of tenancy, if applicable, and applications and
4 other documents executed or submitted by tenants of the Subject Property.

## ORDER

This matter comes before the Court on a Stipulation, through their respective attorneys of record, for the entry of a protective order. Good cause having been shown,

IT IS HEREBY ORDERED that this protective order apply to the dissemination and use of documents and other information designated as "Confidential" or "Confidential Subject to Protective Order" in the course of this action as set forth in the Stipulation filed concurrently herewith.

DATED: July 18, 2012

JAY C. GANDHI
United States Magistrate Judge